IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| **DAVID WILLIAMS** | * | |
| **ADC #78730,** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 5:05CV00010JMM/JFF |
| | * | |
| **ANTHONY BRADLEY,** *et al.,* | * | |
| | * | |
| **Defendants** | * | |

## ORDER

The Court has received a proposed Recommended Disposition from Magistrate Judge John F. Forster, Jr. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a de novo review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in their entirety. Accordingly, Defendants' Motion to Dismiss (docket entry #21) is DENIED and Plaintiff's Motion for Injunctive Relief is DENIED (docket entry #3, 20).

IT IS SO ORDERED this 22nd of August, 2005.

_____
UNITED STATES DISTRICT JUDGE