# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

DAVID WILLIAMS                                                                         PLAINTIFF
ADC #78730

V.                                         No. 5:05CV00010JMM

ANTHONY BRADLEY, *et al.*                                                             DEFENDANTS

## ORDER

Plaintiff, an inmate confined to the East Arkansas Regional Unit of the Arkansas

Department of Correction ("ADC"), filed a pro se Complaint (#2) under 42 U.S.C. § 1983

on January 7, 2005.  On February 26, 2007, following Court Order, Plaintiff identified

one of the John Doe defendants as Tim Moncrief (#101).  Service of Summons and

Complaint was ordered upon Defendant Moncrief on March 19, 2007 (#106).

On April 5, 2007, Summons was returned unexecuted (#113) following attempts

by the U. S. Marshal to serve Defendant Moncrief through the ADC and thereafter at

Defendant's last-known address, since he apparently is no longer employed by the ADC.

It is the responsibility of a prisoner proceeding *pro se* and *in forma pauperis* in a

§ 1983 action to provide the Court and the U.S. Marshal Service with proper service

addresses for defendants.  *Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993).  Plaintiff

shall have sixty (60) days from the entry of this Order to: (1) use the discovery process set

forth in Fed. R. Civ. P. 26 to 34 or otherwise ascertain a valid service address for

Defendant Tim Moncrief; and (2) file a "Motion for Service" requesting that service be

attempted upon him at that address.  Plaintiff is hereby advised that the failure to timely

and properly do so will result in Defendant Tim Moncrief's being dismissed, without prejudice, from this action. See Fed. R. Civ. P. 4(m) (providing that a Court may *sua sponte* dismiss a defendant if he or she is not served within 120 days of the filing of the complaint).

IT IS SO ORDERED this 16th day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE