IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID WILLIAMS**                                                                                  **PLAINTIFF**
**ADC #78730**

CASE NO.:5:05CV10 BD

**ANTHONY BRADLEY,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

In accordance with Memorandum Opinion and Order entered this day, judgment is hereby rendered in favor of all Defendants and against Plaintiff.

DATED this 29th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE